# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITY5, LLC | **Plaintiff,** | Civil No. 3:16CV2967-BEN-BGS |
| v. | | **PRO HAC VICE APPLICATION** |
| SHORTCUT LABS AB, et al. | **Defendant.** | Shortcut Labs AB; EFullfillment S<br>Party Represented |

I, _____Wasif Qureshi_____ hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

    My firm name: Jackson Walker LLP
    Street address: 1401 McKinney Street, Suite 1900
    City, State, ZIP: Houston, TX 77010
    Phone number: 713-752-4521
    Email: wqureshi@jw.com
    That on __April 14, 2005__ I was admitted to practice before __Supreme Court of Texas__
                 (Date)                                                           (Name of Court)

    and am currently in good standing and eligible to practice in said court,

    that I am not currently suspended or disbarred in any other court, and

    that I  ☐ have)  ☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

                            **(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application:  ☐ Granted   ☐ Denied

    I declare under penalty of perjury that the foregoing is true and correct.

                                                                                             (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Robert L. Soza, Jr. (California Bar No. 143732 )     210-978-7718
(Name)                                                            (Telephone)

Jackson Walker LLP
(Firm)

112 E. Pecan St., Suite 2400, San Antonio, Texas 78205
(Street)                                                                   (City)                                (Zip code)

                                                                           (Signature of Applicant)

I hereby consent to the above designation.

                                                                            (Signature of Designee Attorney)